DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
        allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOLY AT STEPHANIE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 1330 CRYSTAL HILL; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00798-RFB-GWF<br><br>**STIPULATION TO EXTEND PLAINTIFF BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP'S TIME TO OPPOSE DEFENDANT RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS**<br><br>**(First Request)** |
| SATICOY BAY LLC, SERIES 1330 CRYSTAL HILL,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Counterdefendant. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{38187158;1}                              1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

2

3

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Red Rock Financial Services, LLC (**Red Rock**) hereby stipulate and agree as follows:

4

5

The parties stipulate and request BANA's time to respond to Red Rock's motion to dismiss, filed April 26, 2016, (ECF No. 6) be continued from May 13, 2016 to May 27, 2016.

6

7

8

9

10

This is the first request for an extension of this deadline.  BANA requests the additional time to afford it the opportunity to adequately respond to Red Rock's motion and to allow sufficient time for client review of the response.  The parties submit this request in good faith without the purpose of undue delay.

11

12

DATED this 6th day of May, 2016.

13

14

15

16

17

18

**AKERMAN LLP**
/s/  *Allison R. Schmidt*
_____
Darren Brenner, Esq.
Nevada Bar No. 8386
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**KOCH & SCOW LLC**
*/s/ Steven B. Scow*
DAVID R. KOCH, ESQ.
Nevada Bar No. 8803
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Red Rock Financial Services, LLC*

19

20

21

22

23

24

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   May 16, 2016.

25

26

27

28