DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
       thera.cooper@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | Case No.: 2:16-cv-00798-RFB-GWF |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| vs. | |
| TRIPOLY AT STEPHANIE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 1330 CRYSTAL HILL; and RED ROCK FINANCIAL SERVICES, LLC, | |
| Defendants. | |
| SATICOY BAY LLC, SERIES 1330 CRYSTAL HILL, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | |
| Counterdefendant. | |

{40429655;1}

1

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loan Servicing, LP (**BANA**) hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Scmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and THERA A. COOPER, ESQ. receive all future notices.

Respectfully submitted, this 30th day of January, 2017.

**AKERMAN LLP**

/s/ *Thera A. Cooper, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER ESQ.
Nevada Bar No.13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 31, 2017

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

{40429655;1}

2