GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 1330 CRYSTAL HILL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TRIPOLY AT STEPHANIE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 1330 CRYSTAL HILL; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 1330 CRYSTAL HILL,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A. SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counter-Defendant. | Case No.: 2:16-CV-00798<br><br>**Substitution of Attorney** |

GEISENDORF & VILKIN, PLLC
2470 St. Rose Parkway, Suite 309 Henderson, Nevada 89074
Phone: 702.873.5868 § Fax: 702.548.6335

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for SATICOY BAY LLC SERIES 1330 CRYSTAL HILL does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY LLC SERIES 1330 CRYSTAL HILL in the above-entitled matter in his place and stead.

Dated this 31 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY LLC SERIES 1330 CRYSTAL HILL in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY LLC SERIES 1330 CRYSTAL HILL, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

SATICOY BAY LLC SERIES 1330 CRYSTAL HILL

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 8/03/2017