MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Saticoy Bay Series 1330 Crystal Hill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | CASE NO.: 2:16-cv-00798-RFB-GWF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| TRIPOLY AT STEPHANIE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 1330 CRYSTAL HILL; and RED ROCK FINANCIAL SERVICES, LLC, | |
| Defendants. | |
| SATICOY BAY LLC SERIES 1330 CRYSTAL HILL, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A. SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Counterdefendant. | |

1

1   Saticoy Bay Series 1330 Crystal Hill, hereby substitutes Michael F. Bohn, Esq. of Law Offices
2   of Michael F. Bohn, Esq., Ltd., as its attorney in the above-entitled matter in place and stead of
3   Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

4   DATED this 2nd day of August, 2018.

6   By: _____
    Iyad "Eddie" Haddad

8   MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L.
9   Geisendorf, Esq., as attorney for Saticoy Bay Series 1330 Crystal Hill, in the above entitled matter.

10  DATED this 2nd day of August, 2018.

11  LAW OFFICES OF
    MICHAEL F. BOHN, ESQ., LTD.

14  By:/s/Michael F. Bohn, Esq./ _____
    Michael F. Bohn, Esq.
15  Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
16  Henderson, Nevada 89074

18  Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as
19  attorney of record for Saticoy Bay Series 1330 Crystal Hill.

    DATED this 2nd day of August, 2018.

    GEISENDORF & VILKIN, PLLC

23  By:/s/ Charles L. Geisendorf _____
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
24  2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074

25  IT IS SO ORDERED:

27  _____
    UNITED STATES MAGISTRATE JUDGE
28  DATED: 8/3/2018

2